NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KONINKLIJKE PHILIPS N.V.,**
*Appellant*

**v.**

**MICROSOFT CORPORATION, MICROSOFT MOBILE INC., HTC CORPORATION, HTC AMERICA, INC.,**
*Appellees*

**UNITED STATES,**
*Intervenor*

---

2019-1178

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00890.

---

**JUDGMENT**

---

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for appellant. Also represented by DANIEL S. GLUECK.

CHRISTINA JORDAN MCCULLOUGH, Perkins Coie, LLP, Seattle, WA, argued for all appellees. Appellees Microsoft

Corporation, Microsoft Mobile Inc. also represented by CHAD S. CAMPBELL, Phoenix, AZ.

RYAN J. MCBRAYER, Perkins Coie, LLP, Seattle, WA, for appellees HTC Corporation, HTC America, Inc.

DANA KAERSVANG, Appellate Staff, Civil Division, Department of Justice, Washington, DC, argued for intervenor. Also represented by DENNIS FAN, SCOTT R. MCINTOSH, JOSEPH H. HUNT, MELISSA N. PATTERSON; THOMAS W. KRAUSE, JOSEPH MATAL, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 26, 2019        /s/ Peter R. Marksteiner
 Date        Peter R. Marksteiner
        Clerk of Court